<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6274**

---

ANDREI ROYSTER,

Plaintiff - Appellant,

versus

D. L. DOVE, Warden; J. A. SERRANO, Dr.; L.
FUERTES ROSARIO, Medical Director; YATES,
Associate Warden,

Defendants - Appellees.

---

**No. 02-6488**

---

ANDREI ROYSTER,

Plaintiff - Appellant,

versus

D. L. DOVE, Warden; J. A. SERRANO, Dr., L.
FUERTES ROSARIO, Medical Director; YATES,
Associate Warden,

Defendants - Appellees.

---

Appeals from the United States District Court for the District of
South Carolina, at Charleston. Patrick Michael Duffy, District
Judge. (CA-01-576-2-23)

Submitted: June 20, 2002                    Decided: June 26, 2002

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andrei Royster, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrei Royster appeals from the district court's orders denying relief in his action filed under <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), alleging inadequate medical care. We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, while we grant Royster's motion to file a supplemental brief, we affirm on the reasoning of the district court. <u>See</u> <u>Royster v. Dove</u>, No. CA-01-576-2-23 (D.S.C. filed Jan. 11, 2002 and entered Jan. 15, 2002; Feb. 28, 2002). Additionally, we deny Royster's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>